# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ROBERT JAMES KEATON, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1111

———————————————

August 5, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Robert James Keaton, II, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.